## **AFFIDAVIT IN SUPPRT OF AN APPLICATION FOR AN ARREST WARRANT**

I, Jeremy McGee, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Tallmadge Police Officer for approximately thirteen years, and am currently assigned to the Cleveland Division, Akron Resident Agency's Child Exploitation Task Force. While employed by the Tallmadge Police Department and assigned to the FBI, I have assisted in the investigation of state and federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training with the Ohio Internet Crimes Against Children Task Force and everyday work related to conducting these types of investigations.

2. As a task force officer having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am investigating the activities of the Internet account registered to David Greathouse Jr., 509 Summit Street Ravenna, Ohio 44266. As will be shown below, there is probable cause to believe that someone using the Internet account registered to David Greathouse has received, possessed, and/or distributed child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I am submitting this affidavit in support of a search warrant authorizing a search of the residence located at 509 Summit Street Ravenna, Ohio 44266 (the "Premises"), and is more particularly described in Attachment A, for the items specified in Attachment B hereto, which items constitute instrumentalities, fruits, and evidence of the foregoing violations. I am requesting authority to search the entire Premises, including the residential dwelling and any computer and computer media located therein where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

4. The statements contained in this affidavit are based in part on: information provided by other law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement officers, information gathered from the service of subpoenas; the results of physical surveillance conducted by law enforcement officers; independent investigation and my experience, training and background as a police officer. Since this affidavit is being submitted for the limited purpose of securing a

1

search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of a violation of Title 18, United States Code, Sections 2252 and 2252A, are presently located at 620 Market Ave S, Canton, Ohio 44702.

## STATUTORY AUTHORITY

5.    This investigation concerns alleged violations of Title 18, United States Code, Sections 2252 and 2252A, relating to material involving the sexual exploitation of minors. 18 U.S.C. § 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer. 18 U.S.C. § 2252A(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

## BACKGROUND OF THE INVESTIGATION

6.    On March 08, 2018 TFO Jeremy McGee of the Federal Bureau of Investigation, received information regarding a peer-to-peer (P2P) investigation conducted by Deputy D. Seamon from Geauga County Sheriff's Office.

7.    Dep. Seamon downloaded several files from a computer at the IP address 104.48.161.106 between the dates of May 22, 2017 and October 10, 2017. Such files contained child pornography. Dep. Seamon utilized an investigative software, ShareazaLE.

8.    TFO Jeremy McGee viewed over 30 files downloaded by Dep. Seamon from the target computer at the IP address 104.48.161.106, between the dates of May 22, 2017 and October 10, 2017. Each of the files viewed depicted what appeared to be juvenile females and/or males, ranging in maturity levels from toddlers to early stages of puberty, in a state of nudity and/or engaging in masturbation and/or sexual contact with other children and/or adults.

2

9. A small sampling of the videos are described as follows:

   a) **Video Title:** (PHANT) -- hija de 3 jugando al caballito con papa (mama graba)
   **SHA1 Value:** FPHN5EMLKULKRTNN6AZIVNJZXWWEAIV7
   **Download Dates/Times:** 06/22/17 @ 8:17 AM to 06/22/17 @ 8:23 AM
   **Description:** A video that is approximately 36 seconds in length.  This video depicts a nude adult male laying on his back, on a bed.  There is a toddler-aged nude female child straddling the adult male.  The child's genitals are on the adult male's erect penis.  The adult male is moving the child as to rub her vagina on his penis.  The adult male rubs the child's buttocks with his hands.

   b) **Video Title:** !!! NEW !!! 2010 kait 5yo - chunk2 FK pthc best.avi.
   **SHA1 Value:** 2E2HDNBTLSAJ7MMW6HQR6ARTMEMW2MTI
   **Download Dates/Times:** 06/17/17 @ 10:42 PM to 07/17/17 @ 10:05 AM
   **Description:** A video that is approximately 1 minute and 26 seconds in length.  This video depicts a nude toddler-aged female child laying on her back.  The camera's focus is on the child's genitals.  An adult male places his erect penis inside the child's vagina, and has vaginal sex with her.

   c) **Video Title:** (PHANT) - Anal a Niña Latina de 7 en la Cama
   **SHA1 Value:** PJ4MURVMQAJX2MKHHZZP4HTNZ5HZJLG7
   **Download Dates/Times:** 06/21/17 @ 8:06 AM to 06/21/2017 @ 8:15 AM
   **Description:** A video that is approximately 3 minutes and 30 seconds in length.  This video depicts a nude adult male picking up a young aged female child (less then 10 years of age) and lays on the bed on his back.  The child is wearing a red dress, but has her vagina exposed.  The adult male's erect penis is inside the child's vagina, as the child is facing away from the male – but toward the camera.  The adult male helps the child remove her dress and turns the child around to face him.  The adult male has vaginal sex with the child.

d) **Video Title**: (PHANT) - Pedomom Intenta Seducir a Hijo de 1 Año Parte 2 Hard
**SHA1 Value:** ARZ4MZRL62MD55NA6ZECVZHCPSO5TH7P
**Download dates/Times**: 06/19/17 @ 9:15 AM to 07/17/17 @ 9:37 AM
**Description:** A video that is approximately 2 minutes and 7 seconds in length. This video depicts a toddler-aged male laying on a bed. The child is not wearing pants, and has his genitals exposed. A nude adult female enters the camera's viewing area, and hands the child a bottle. The adult female performs oral sex on the child. The adult female straddles the child and engages in vaginal sex with him. The adult female gets off of the child and rubs her breast on the child's penis. The adult female straddles the child's face and presses her vagina on his face. The adult female moves toward the child's genitals again and attempts to have the child masturbate her vagina with the bottle.

e) **Video Title**: Toddler Girl Black Baby Learning -Pthc-320x240-Divx
**SHA1 Value:** JZDUHSSY2PCVYFORVXKI4GJ6IQHVL35Z
**Download Dates/Times:** 09/20/17 @ 10:12 PM to 09/20/17 @ 11:19 PM
**Description:** A video that is approximately 3 minutes and 34 seconds in length. This video depicts a nude young aged female (approximately 4 years of age) laying on a bed nude. The child has a vibrator in her hand, and places it in her mouth. An adult male, who appears to be holding the camera, begins to rub and digitally penetrate the child's vagina. The adult male then rubs his erect penis on the child's vagina and anus. The adult male digitally penetrates the child's anus as an adult female pulls the child's vulva apart, exposing the inside of the child's vagina to the camera.

10. The peer-to-peer program used by Dep. Seamon to download these files allows single source downloads, meaning that instead of downloading parts of one file from more than one source computer at a time, the enhanced version downloads one file directly from only one source computer. The program also captures and logs the incoming data, which allowed the

4

affiant to verify that the downloaded files were transferred directly from the computer assigned to the IP address 104.48.161.106 on the dates in question.

11. Dep. Seamon sent a subpoena to AT&T on June 01, 2017, the service provider for the targeted IP address 104.48.161.106, to determine the subscriber of such IP address during the date and times of the downloads referenced in paragraph 22.

12. AT&T responded with the following subscriber information:
    a. Name: David Greathouse Jr.
    b. Address: 509 Summit Street Ravenna, Ohio 44266

13. A search of the Portage County publicly accessible property record website identifies "509 Summit Street LLC" as the owner of the property at 509 Summit Street Ravenna, Ohio 44266.

14. A review of a publicly accessible social media account for the male known to be David Greathouse Jr. indicated that he has two juvenile children and is (or was in) a relationship with a known female.

15. TFO Jeremy McGee conducted a check of available databases in reference to the address provided by AT&T. The check revealed David Greathouse Jr., XXX-XX- 2646, is associated with the address provided. The first five digits of the SSAN have been redacted for privacy purposes.

16. On June 20 and June 29, 2018 surveillance was conducted at 509 Summit Street Ravenna, Ohio 44266. A white 2003 Chevrolet Truck, bearing Ohio Registration GGV 4086, was parked in the driveway. This vehicle is registered to David T. Greathouse Jr.

17. On July 06, 2018, while using an undercover computer, TFO McGee was looking into the recent activity with the computer located at IP address 104.48.161.106. It was learned that the computer located at IP address 104.48.161.106 was recently associated with the Globally Unique Identifier (GUID): 1B5A8E69FB77A58A7E2000D68B764700.

18. On July 18, 2018, while TFO McGee was utilizing an undercover computer that is connected to the Gnutella Network, a browse was conducted on the computer located at IP address 174.104.111.55, using peer-to-peer software with the GUID:1B5A8E69FB77A58A7E2000D68B764700. This browse indicated the computer located at IP address 174.104.111.55 was connected to the Gnutella Network and associated with the IP address 104.48.161.106.

19. On September 17, 2018, while TFO McGee was utilizing an undercover computer that is connected to the Gnutella Network, a browse was conducted on the computer located at IP address 71.79.171.52, using peer-to-peer software with the GUID:1B5A8E69FB77A58A7E2000D68B764700.

20. During the above-mentioned browse, multiple files of suspected child pornography were being advertised as being possessed by the computer located at IP address 71.79.171.52 through the Gnutella Network. This browse also indicated the computer located at IP address 71.79.171.52 has the same GUID (1B5A8E69FB77A58A7E2000D68B764700) as the computer previously located at IP address 174.104.111.55 and 104.48.161.106.

21. On September 17, 2018 a subpoena was sent to Charter Communications, which is the company that assigns the IP addresses 174.104.111.55 during the time of the browse on July 18, 2018. TFO McGee requested billing and service location for the IP address 174.104.111.55 during the time of the browse.

22. On September 18, 2018 a subpoena was sent to Charter Communications, which is the company that assigns the IP addresses 71.79.171.52 during the time of the browse on September 17, 2018. TFO McGee requested billing and service location for the IP address 71.79.171.52 during the time of the browse.

23. On September 20, 2018 TFO McGee received the results for the subpoena sent reference IP address 71.79.171.52. These results are listed below:

    a. Name: David Greathouse
    b. Address: 509 Summit Street Ravenna, Ohio 44266

24. On September 25, 2018 TFO McGee received the results for the subpoena sent reference IP address 174.104.111.55. These results are listed below:

    a. Name: David Greathouse
    b. Address: 509 Summit Street Ravenna, Ohio 44266

25. On October 12, 2018 a search warrant was obtained for 509 Summit Street, Ravenna, Ohio 44266. The search warrant was authorized by U.S. Magistrate Judge Kathleen B. Burke.

6

26. On October 15, 2018, the search warrant was executed at the home of David Greathouse at 509 Summit Street, Ravenna, Ohio 44266. David Greathouse was home at the time of the search and voluntarily agreed to speak with TFO McGee and Special Agent Ryan Martin. Greathouse was advised that speaking with Agents was voluntary and he was provided his Miranda rights.

27. During the recorded interview, Greathouse confessed to viewing and downloading child pornography. He described his preference as juvenile females between the ages of eight (8) and twelve (12). Greathouse admitted to viewing videos of adult males engaging in sexual intercourse with juvenile females and videos of adult males rubbing their erect penises on the vaginal area of juvenile females.

28. Greathouse believed he possessed several hundred videos of juvenile females engaged in the acts described above. Greathouse stated that he temporarily kept the videos in a shared file and is aware of individuals uploading some of the videos depicting child pornography from his shared file.

29. During the interview of Greathouse, members of the Internet Crimes Against Children (ICAC) Task Force conducted a preliminary examination of digital evidence seized during the search of Greathouse's home. The preliminary examination revealed numerous videos depicting child pornography. An example of the found items includes:

    a) **Video 1:** Title: *(PHANT 2018) 9yo Latina cheap prostitute underage whore sucking cock SWALLOW entire load don her throat for 5 dollars (Kids Got Talent) with Excellent SOUND*

File Path: HD4\Basic data partition (EFI 5)\Root\Users\Patricia\Desktop\Sort Favorite Vids\

Description: This file is a video four minutes and three seconds in length. It begins with a nude prepubescent female stroking an adult male's penis. At the 24-second mark, the female child begins to perform oral sex on the male. This activity continues for the duration of the video.

    b) **Video 2:** Title: *!!(~pthc center~)(opva)(2014) anita 7yr getting fucked cumming inside her.avi*

File Path: HD4\Basic data partition (EFI 5)\Root\Users\Patricia\Desktop\Sort Favorite Vids\

Description: This file is a video one minute in length. The video begins with the exposed genitals of a prepubescent female, and an adult male stroking his erect penis. At the nine-second mark, the male begins to rub his penis on the child's vagina. He continues this action until he ejaculates on the child's vagina.

## **CONCLUSION**

30. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that David Greathouse did receive and distribute child pornography in violation of Title 18 U.S.C. §§ 2252A.

31. Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the arrest of David Greathouse.

Jeremy McGee
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this _____15th_____ day of October 2018.

Kathleen B. Burke.
UNITED STATES MAGISTRATE JUDGE

8